**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| Scottsdale Capital Advisors Corp., et al. | * | |
| **Plaintiff,** | | |
| | * | |
| **v.** | | Case No. 8:16-cv-00860-DKC |
| Financial Industry Regulatory Authority, Inc. | * | |
| **Defendant.** | * | |

# DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☒ The following corporate affiliations exist with  Plaintiff Scottsdale Capital Advisors Corp ("SCA") :
(name of party)

Scottsdale Capital Advisors Holdings LLC (parent of SCA)  .
(names of affiliates)

☒ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

Scottsdale Capital Advisors Holdings LLC (parent of SCA)  .
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____  _____
(name of member)                                                              (state of citizenship)

_____  _____
(name of member)                                                              (state of citizenship)

_____  _____
(name of member)                                                              (state of citizenship)

_____  _____
(name of member)                                                              (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

| | |
|---|---|
| 3/22/2016 | /s/ Matthew H. Kirtland |
| Date | Signature |
| | Matthew Kirtland H. (Bar No. 26089) |
| | Printed name and bar number |
| | 799 9th Street NW, Washington, D.C., 20001-4501 |
| | Address |
| | matthew.kirtland@nortonrosefulbright.com |
| | Email address |
| | (202) 662-4659 |
| | Telephone number |
| | (202) 662-4643 |
| | Fax number |