**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **SCOTTSDALE CAPITAL ADVISORS CORPORATION, et al.,** )<br>)<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,** )<br>)<br>)<br>**Defendant.** )<br>)<br>) | **Case No. 8:16-cv-00860-DKC** |

**PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION AND PERMANENT INJUNCTION**

Scottsdale Capital Advisors Corporation ("SCA"), John J. Hurry, Timothy B. DiBlasi, and D. Michael Cruz (collectively "Plaintiffs") respectfully request an order preliminarily and permanently enjoining the Financial Industry Regulatory Authority, Inc. ("FINRA") from continuing to prosecute an ultra vires disciplinary proceeding against Plaintiffs.

SCA is a FINRA-registered broker-dealer. Mr. Hurry is SCA's co-founder and one of its directors. Mr. DiBlasi is SCA's Chief Compliance Officer. Mr. Cruz is SCA's former President. FINRA is a private, non-governmental body that regulates broker-dealers. FINRA's statutory mandate is limited to enforcing violations of the Securities Exchange Act of 1934 (the "Exchange Act"). Despite this, FINRA has instituted a disciplinary proceeding against Plaintiffs for alleged violations of a separate statute—the Securities Act of 1933 (the "Securities Act"). In

so doing, FINRA has violated the securities-industry regulatory scheme devised by Congress, which vests the Securities and Exchange Commission with exclusive authority to bring disciplinary proceedings against broker-dealers and their associated persons for alleged violations of the Securities Act (and other specified federal securities laws).

FINRA's disciplinary proceeding is scheduled for a two-week hearing commencing June 13, 2016.  Plaintiffs' preparation for the hearing, including incurring significant legal fees and expenses for the completion of witness and exhibit lists and pre-hearing briefing, will begin imminently, with significant deadlines approaching in mid-April.  Accordingly, preliminary and permanent injunctive relief is necessary, both to preserve Plaintiffs' right not to be subjected to an ultra vires legal proceeding and to shield Plaintiffs from irreparable reputational and financial harm, as well as the irremediable loss of their claims through mootness.

Accordingly, Plaintiffs respectfully request that this Court grant a preliminary and permanent injunction restraining and enjoining FINRA from continuing the disciplinary proceeding in FINRA Case No. 2014041724601, and any further relief this Court deems proper.

A memorandum of law and supporting evidence, and proposed order is attached.

Dated: March 22, 2016

Respectfully submitted,

/s/ Matthew H. Kirtland

_____
Matthew H. Kirtland (Bar No. 26089)
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, D.C. 20001-4501
Telephone: (202) 662-0200
Facsimile: (202) 662-4643
matthew.kirtland@nortonrosefulbright.com

Of Counsel:
Kevin Harnisch
Vijay Rao
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, D.C. 20001-4501

Ryan Meltzer
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701

*Attorneys for Plaintiffs Scottsdale Capital Advisors Corporation, John J. Hurry, Timothy B. DiBlasi, and D. Michael Cruz*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2016, I caused a true and correct copy of the foregoing Motion for Preliminary Injunction and Permanent Injunction and all attachments, and the Complaint in this action, to be served on all parties via electronic mail and Federal Express, overnight delivery, as follows:

Jeffrey Pariser
FINRA Enforcement
Chief Litigation Counsel
Financial Industry Regulatory Authority, Inc.
15200 Omega Drive
Third Floor
Rockville, MD 20850
Jeffrey.Pariser@finra.org

*Counsel for Defendant Financial Industry Regulatory Authority, Inc.*

/s/ Matthew H. Kirtland
_____
Matthew H. Kirtland