IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **SCOTTSDALE CAPITAL ADVISORS CORPORATION, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,** )<br>)<br>**Defendant.** )<br>) | **Case No. 8:16-cv-00860-DKC** |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiffs' Motion for Preliminary Injunction and Permanent Injunction. Based on consideration of the motion, the opposition filed by Defendant, any reply filed by Plaintiffs, the entire record herein and any argument of counsel, it is hereby **ORDERED** that the motion is **GRANTED**, and further **ORDERED** that Defendant is preliminarily and permanently enjoined from continuing the disciplinary proceeding in FINRA Case No. 2014041724601.

**SO ORDERED.**

Dated: _____          _____
                                         DEBORAH K. CHASANOW
                                         United States District Judge