# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SCOTTSDALE CAPITAL ADVISORS CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 8:16-cv-00860-DKC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' PRAECIPE REGARDING UNOPPOSED MOTION

April 8, 2016 was the deadline for Defendant Financial Industry Regulatory Authority Inc. to respond to the Motion for Preliminary and Permanent Injunction (the "Motion"; Dkt. 3) filed by Scottsdale Capital Advisors Corporation, John J. Hurry, Timothy B. DiBlasi, and D. Michael Cruz (collectively "Plaintiffs"). As of today -- three days later -- Defendant has not filed an opposition to the Motion. That Defendant's response to Plaintiffs' Complaint (Dkt. 1) is due today is irrelevant to Defendant's deadline to respond to the Motion. The April 8, 2016 deadline is imposed by the Local Rules of this Court and reflected on the docket. Further, undersigned counsel informed counsel for Defendant of this deadline by telephone on March 24 and 28, 2016, and confirmed the same in writing on March 30, 2016. Defendant did not file a motion to extend the deadline.

With no timely opposition filed by Defendant, and there being no good cause for Defendant to not respond within the allowed time, Plaintiffs respectfully request that the Motion be granted and that this Court enter a preliminary and permanent injunction restraining and enjoining Defendant from continuing the disciplinary proceeding in FINRA Case No. 2014041724601 for the reasons set forth in the Motion and attached supporting memorandum and proposed order.

Dated: April 10, 2016                                  Respectfully submitted,

                                                       /s/ Matthew H. Kirtland
                                                       _____
                                                       Matthew H. Kirtland (Bar No. 26089)
                                                       Kevin Harnisch (admitted *pro hac vice*)
                                                       NORTON ROSE FULBRIGHT US LLP
                                                       799 9th Street NW, Suite 1000
                                                       Washington, D.C. 20001-4501
                                                       Telephone: (202) 662-0200
                                                       Facsimile: (202) 662-4643
                                                       matthew.kirtland@nortonrosefulbright.com

                                                       Of Counsel:
                                                       Vijay Rao
                                                       NORTON ROSE FULBRIGHT US LLP
                                                       799 9th Street NW, Suite 1000
                                                       Washington, D.C. 20001-4501

                                                       Ryan Meltzer
                                                       NORTON ROSE FULBRIGHT US LLP
                                                       98 San Jacinto Blvd., Suite 1100
                                                       Austin, TX 78701

                                                       *Attorneys for Plaintiffs Scottsdale Capital Advisors Corporation, John J. Hurry, Timothy B. DiBlasi, and D. Michael Cruz*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2016, I caused a true and correct copy of the foregoing to be served on all parties via electronic mail and Federal Express, overnight delivery, as follows:

Terri L. Reicher
Associate Vice President
Associate General Counsel
Financial Industry Regulatory Authority, Inc.
15200 Omega Drive
Third Floor
Rockville, MD 20850
Terri.Reicher@finra.org

*Counsel for Defendant Financial Industry Regulatory Authority, Inc.*

/s/ Matthew H. Kirtland
_____
Matthew H. Kirtland