IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Scottsdale Capital Advisors Corp., et al.             *

**Plaintiff,**
                                                      *

v.                                                        Case No. 8:16-cv-00860-DKC
                                                      *

Financial Industry Regulatory Authority, Inc.

**Defendant.**                                        *

## MOTION FOR ADMISSION PRO HAC VICE

I, Terri L. Reicher _____, am a member in good standing of the bar of this Court. I am moving the admission of Timouthy W. Mountz _____ to appear pro hac vice in this case as counsel for Financial Industry Regulatory Authority, Inc.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Supreme Court of Texas, 11/12/1979 | United States Supreme Court, 6/17/1996 |
| Washington, D.C., 10/5/2015 | United States Court of Appeals for the Fifth Circuit, 10/1/1981 |
| | USDC for the Northern District of Texas, 1/17/1980 |
| | USDC for the Western District of Texas, 11/19/1987 |
| | USDC for the Eastern District of Texas, 8/14/1995 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court ___0___ times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT
*[Signature]*
Signature

Terri L. Reicher (Bar No. 040209)
Printed name and bar number

Financial Industry Regulatory Authority, Inc.
Office name

1735 K Street, NW, Washington, D.C., 20006
Address

Terri.Reicher@finra.org
Email Address

(202) 728-8967
Telephone number

(202) 728-8894
Fax Number

PROPOSED ADMITTEE
*[Signature]*
Signature

Timothy W. Mountz
Printed name and bar number

Financial Industry Regulatory Authority, Inc.
Office name

1735 K Street, NW, Washington, D.C., 20006
Address

Timothy.Mountz@finra.org
Email Address

(202) 728-8210
Telephone number

(202) 728-8894
Fax Number