# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION (GREENBELT)

| | |
|---|---|
| SCOTTSDALE CAPITAL ADVISORS CORPORATION, JOHN J. HURRY, TIMOTHY B. DIBLASI, and DARRELL MICHAEL CRUZ, <br><br> Plaintiffs, <br><br> v. <br><br><br> FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC., <br><br> Defendant. | Civil Action No. 8:16-cv-00860-DKC |

## MOTION TO DISMISS OF DEFENDANT, FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC. PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)

Defendant Financial Industry Regulatory Authority, Inc. ("FINRA") files this Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). The district court lacks subject matter jurisdiction because Plaintiffs' challenge to the underlying FINRA disciplinary proceeding is subject to the exclusive review process set forth in the Securities Exchange Act of 1934, wherein they must exhaust their administrative remedies at FINRA and the SEC before seeking judicial review exclusively in the Court of Appeals. Additionally, the Complaint must be dismissed because it fails to state a claim upon which relief can be granted.

FINRA refers the Court to the accompanying Combined Brief of Defendant Financial Regulatory Authority, Inc. in Support of Motion to Dismiss and in Opposition to Plaintiffs' Motion for Preliminary Injunction.

DATED:   April 11, 2016
              Washington, D.C.

                                      FINANCIAL INDUSTRY REGULATORY
                                      AUTHORITY, INC.

                                      By:   /s/ Terri L. Reicher
                                           Terri L. Reicher

                                      Terri L. Reicher, Bar No. 04029
                                      1735 K Street, N.W.
                                      Washington, D.C.  20006
                                      Telephone: (202) 728-8967
                                      Facsimile: (202) 728-8894
                                      Terri.Reicher@finra.org

                                           /s/ Timothy W. Mountz
                                           Timothy W. Mountz

                                      Timothy W. Mountz
                                      *Pro Hac Vice* Pending
                                      1735 K Street, N.W.
                                      Washington, D.C.  20006
                                      Telephone: (202) 728-8210
                                      Facsimile: (202) 728-8894
                                      Timothy.Mountz@finra.org

                                      Attorneys for Defendant,
                                      FINANCIAL INDUSTRY REGULATORY
                                      AUTHORITY, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of April, 2016, I filed a copy of the foregoing Motion to Dismiss, with accompanying Combined Brief in Support of Motion to Dismiss and In Opposition to Motion for Preliminary Injunction, proposed form of Order, and Rule 7.1 Disclosure with the Court's ECF system.

By:   /s/ Terri L. Reicher
       Terri L. Reicher