IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION (GREENBELT)

| | |
|---|---|
| SCOTTSDALE CAPITAL ADVISORS CORPORATION, JOHN J. HURRY, TIMOTHY B. DIBLASI, and DARRELL MICHAEL CRUZ,<br><br>    Plaintiffs,<br><br>v.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,<br><br>    Defendant. | Civil Action No. 8:16-cv-00860-DKC |

## [PROPOSED] ORDER

Upon consideration of the briefs and arguments of the parties, the Court hereby GRANTS Defendant FINRA's Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), and 12(b)(6) and DENIES Plaintiffs' Motion for Preliminary Injunction.

The Complaint is hereby dismissed with prejudice.


Dated: _____, 2016                     _____
                                                                     United States District Judge