IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---

SCOTTSDALE CAPITAL ADVISORS
CORPORATION, *ET AL.*,

      Plaintiffs,

v.

FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,

      Defendant.

Case No.: 16-cv-860-DKC

---

MOTION OF THE SECURITIES AND EXCHANGE COMMISSION FOR LEAVE TO PARTICIPATE
AS *AMICUS CURIAE* IN SUPPORT OF FINRA'S MOTION TO DISMISS

SANKET J. BULSARA
Deputy General Counsel

MICHAEL A. CONLEY
Solicitor

DOMINICK V. FREDA (Bar No. 804977)
Senior Litigation Counsel

JOSEPHINE MORSE
Counsel

MARTIN V. TOTARO
Attorney

Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C.  20549-9040
(202) 551-5143 (Freda)
FredaD@sec.gov

The Securities and Exchange Commission (the "Commission") respectfully requests permission to participate as *amicus curiae* in this case by filing a brief in support of Financial Industry Regulatory Authority's ("FINRA's") argument in its motion to dismiss that this Court lacks subject matter jurisdiction over plaintiffs' suit.

The Commission has primary responsibility for administering the Exchange Act as well as the other federal securities laws.  Plaintiffs' complaint and motion for preliminary and permanent injunctive relief ask this Court to ignore the comprehensive scheme set forth by Congress in the Securities Exchange Act of 1934, 15 U.S.C. §§ 78a, *et seq.* ("Exchange Act"), for administrative and judicial review of disciplinary proceedings initiated by FINRA.  The Commission requests leave to participate as *amicus* to express its views on whether that statutory scheme should be interpreted to preclude subject matter jurisdiction over plaintiffs' suit.  The Commission has consulted with counsel for each party. FINRA consents to this motion.  Plaintiffs do not oppose this motion.[1]

A memorandum of law and a proposed order are attached.

---

[1] Because plaintiffs raise substantive arguments before this Court that they are also raising in FINRA disciplinary proceedings subject to review by the Commission, prudential concerns counsel against our taking a position on the merits of those claims before the Commission has had the opportunity to rule on them in the first instance.  That this brief does not address the merits of these claims therefore should not be interpreted as providing the Commission's position as to their validity.

Respectfully submitted,

SANKET J. BULSARA
Deputy General Counsel

MICHAEL A. CONLEY
Solicitor

/s/ Dominick V. Freda
DOMINICK V. FREDA (Bar No. 804977)
Senior Litigation Counsel

JOSEPHINE MORSE
Counsel

MARTIN V. TOTARO
Attorney

Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C.  20549-9040
(202) 551-5143 (Freda)
FredaD@sec.gov

April 11, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2016, I electronically filed the foregoing brief with the Clerk of

the Court for the United States District Court for the District of Maryland by using the CM/ECF system.

Service on plaintiffs was accomplished on the same date through the CM/ECF system.

/s/ Dominick V. Freda
Dominick V. Freda
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C.  20549-9040