IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---

**SCOTTSDALE CAPITAL ADVISORS CORPORATION, *ET AL.*,**

    **Plaintiffs,**

v.                                                                                    Case No.: 16-cv-860-DKC

**FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,**

    **Defendant.**

---

# [PROPOSED] ORDER

This matter is before the Court on the Securities and Exchange Commission's motion for leave to participate as *amicus curiae* in support of the Financial Industry Regulatory Authority, Inc.'s motion to dismiss. Based on consideration of the motion, the entire record herein, and any argument of counsel, it is hereby **ORDERED** that the motion is **GRANTED**.

    **SO ORDERED**.


Dated: _____                    _____
                                                                             DEBORAH K. CHASANOW
                                                                             United States District Judge