**UNITED STATES DISTRICT COURT**
DISTRICT COURT OF MARYLAND

**DEBORAH K. CHASANOW**　　　　　　　　　　　　　　　　　　6500 Cherrywood Lane
UNITED STATES DISTRICT JUDGE　　　　　　　　　　　　　　　　Greenbelt, MD  20770
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(301) 344-0634

April 13, 2016

TO:　Counsel

RE:　Scottsdale Capital Advisors Corporation, et al. v.
　　　Financial Industry Regulatory Authority, Inc.
　　　Civil Action No. DKC 16-0860

Dear Counsel:

　　　This letter will confirm the matters discussed and the schedule set during this morning's telephone conference. The Securities and Exchange Commission's unopposed motion to participate as amicus curiae and for leave to file an amicus curiae memorandum (ECF No. 13) is GRANTED and the clerk will be directed to add the SEC as *amici curiae* supporting Defendant. The SEC will file its brief by Monday, April 18.

　　　Plaintiffs will file their combined reply to their motion for preliminary injunction and response in opposition to Defendant's motion to dismiss by April 21. Defendant doesn't anticipate filing a reply to its motion to dismiss. However, should Defendant decide otherwise, it will promptly file its reply. *See* Local Rule 105.2.b. A motions hearing is scheduled April 26, 2016, at 9:30 a.m.

　　　Despite the informal nature of this letter it constitutes an Order of the Court and the clerk is instructed to docket it as such.

　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　DEBORAH K. CHASANOW
　　　　　　　　　　　　　　　　　　　United States District Judge