IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Scottsdale Capital Advisors Corp., *et al.*
   Plaintiffs,

v.                                          Case No. 8:16-cv-00860-DKC

Financial Industry Regulatory Authority, Inc.
   Defendant.

\*\*\*\*\*\*

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for:

*Amicus* Securities and Exchange Commission

I certify that I am admitted to practice in this court as a government attorney for this case only.

| | |
|---|---|
| 4/25/16 | _[signature]_ |
| *Date* | *Signature of Counsel* |
| | Martin Totaro     805020 |
| | *Print Name*     *Bar Number* |
| | U.S. Securities & Exchange Commission |
| | *Firm Name* |
| | 100 F. St., NE |
| | *Address* |
| | Washington, D.C. 20549 |
| | *City/State/Zip* |
| | 202 551 7962 |
| | *Phone No.* |
| | totarom@sec.gov |
| | *Email Address* |

## CERTIFICATE OF SERVICE

      I hereby certify that on April 25, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Maryland by using the CM/ECF system.  Service on plaintiffs and FINRA was accomplished on the same date through the CM/ECF system.

      /s/Martin V. Totaro
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549