IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Scottsdale Capital Advisors Corp., *et al.*
   Plaintiffs,

      v.                                 Case No. 8:16-cv-00860-DKC

Financial Industry Regulatory Authority, Inc.
   Defendant.

\*\*\*\*\*\*

### ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for:

*Amicus* Securities and Exchange Commission

I certify that I am admitted to practice in this court as a government attorney for this case only.

4/25/16
*Date*

*Signature of Counsel*

Josephine Morse        804974
*Print Name*             *Bar Number*

U.S. Securities & Exchange Commission
*Firm Name*

100 F. St., NE
*Address*

Washington, D.C. 20549
*City/State/Zip*

202 551 5006
*Phone No.*

morsej@sec.gov
*Email Address*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Maryland by using the CM/ECF system. Service on plaintiffs and FINRA was accomplished on the same date through the CM/ECF system.

/s/Josephine Morse
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549