IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| SCOTTSDALE CAPITAL ADVISORS CORPORATION | : | |
| v. | : | Civil Action No. DKC 16-0860 |
| FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC. | : | |

**ORDER**

For the reasons stated in open court, it is this 26th day of April, 2016, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion to dismiss filed by Financial Industry Regulatory Authority, Inc. (ECF No. 10), BE, and the same hereby IS, GRANTED;

2. Plaintiffs' complaint BE, and the same hereby IS, DISMISSED for lack of subject matter jurisdiction; and

3. The clerk will transmit copies of this ORDER to counsel for the parties and CLOSE this case.

```
                              /s/
              _____
              DEBORAH K. CHASANOW
              United States District Judge
```