**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **SCOTTSDALE CAPITAL ADVISORS CORPORATION, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,** )<br>)<br>**Defendant.** )<br>) | **Case No. 8:16-cv-00860-DKC** |

## NOTICE OF APPEAL

Notice is hereby given that Scottsdale Capital Advisors Corporation, John J. Hurry, Timothy B. DiBlasi, and D. Michael Cruz, plaintiffs in the above captioned case, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the order dismissing the Complaint, which was entered in this case on April 26, 2016.

2

Dated: April 27, 2016

Respectfully submitted,

/s/ Matthew H. Kirtland

_____
Matthew H. Kirtland (Bar No. 26089)
Kevin Harnisch (admitted *pro hac vice*)
Vijay Rao (admitted *pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, D.C. 20001-4501
Telephone: (202) 662-0200
Facsimile: (202) 662-4643
matthew.kirtland@nortonrosefulbright.com

Of Counsel:

Ryan Meltzer
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701

*Attorneys for Plaintiffs Scottsdale Capital Advisors Corporation, John J. Hurry, Timothy B. DiBlasi, and D. Michael Cruz*