FILED: May 3, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1497
(8:16-cv-00860-DKC)

_____

SCOTTSDALE CAPITAL ADVISORS CORPORATION; JOHN J. HURRY; TIMOTHY B. DIBLASI; DARREL MICHAEL CRUZ

      Plaintiffs - Appellants

v.

FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.

      Defendant - Appellee

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Greenbelt |
|---|---|
| Originating Case Number | 8:16-cv-00860-DKC |
| Date notice of appeal filed in originating court: | 04/27/2016 |
| Appellants | Scottsdale Capital Advisors Corporation, John J. Hurry, Timothy B. DiBlasi, and Darrel Michael Cruz |
| Appellate Case Number | 16-1497 |
| Case Manager | Amy L. Carlheim<br>804-916-2702 |