FILED: December 20, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1497
(8:16-cv-00860-DKC)

_____

SCOTTSDALE CAPITAL ADVISORS CORPORATION; JOHN J. HURRY; TIMOTHY B. DIBLASI; DARREL MICHAEL CRUZ

   Plaintiffs - Appellants

v.

FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.

   Defendant - Appellee

-------------------------------

SECURITIES AND EXCHANGE COMMISSION

   Amicus Supporting Appellee

_____

J U D G M E N T

_____

   In accordance with the decision of this court, the judgment of the district court is affirmed.

   This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK