FILED: January 11, 2017

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 16-1497
(8:16-cv-00860-DKC)
_____

SCOTTSDALE CAPITAL ADVISORS CORPORATION; JOHN J. HURRY; TIMOTHY B. DIBLASI; DARREL MICHAEL CRUZ

Plaintiffs - Appellants

v.

FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.

Defendant - Appellee

-------------------------------

SECURITIES AND EXCHANGE COMMISSION

Amicus Supporting Appellee

_____

M A N D A T E
_____

The judgment of this court, entered December 20, 2016, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*