# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 16, 2017

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

      Re:  Scottsdale Capital Advisors Corporation, et al.
           v. Financial Industry Regulatory Authority, Inc.
           No. 16-1124
           (Your No. 16-1497)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 16, 2017 and placed on the docket March 16, 2017 as No. 16-1124.

                      Sincerely,

                      **Scott S. Harris**, Clerk

                      by

                      Michael Duggan
                      Case Analyst