# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SCOTTSDALE CAPITAL ADVISORS CORPORATION, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC., )<br>)<br>Defendant. ) | Case No. 8:16-cv-00860-DKC |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rules 101(2)(a) and 101(2)(b), it is hereby requested that the appearance of Vijay Rao be withdrawn as counsel for the defendants in this matter. The defendants continue to be represented by Matthew H. Kirtland and Kevin Harnisch.

Dated:  March 28, 2017

Respectfully submitted,

/s/ Matthew H. Kirtland

_____
Matthew H. Kirtland (Bar No. 26089)
Kevin Harnisch (admitted *pro hac vice*)
Vijay Rao (admitted *pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, D.C. 20001-4501
Telephone: (202) 662-0200
Facsimile: (202) 662-4643
matthew.kirtland@nortonrosefulbright.com

*Attorneys for Plaintiffs Scottsdale Capital Advisors Corporation, John J. Hurry, Timothy B. DiBlasi, and D. Michael Cruz*