# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **SCOTTSDALE CAPITAL ADVISORS CORPORATION, et al.,** ) ) ) **Plaintiffs,** ) ) **v.** ) ) ) **FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,** ) ) ) **Defendant.** ) ) | **Case No. 8:16-cv-00860-DKC** |

## [PROPOSED] ORDER

Upon consideration of the motion for leave to withdraw the appearance of Vijay Rao as counsel for the defendants, it is hereby

**ORDERED that the motion is GRANTED.**


Dated: _____          _____
                                        DEBORAH K. CHASANOW
                                        United States District Judge