# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 24, 2017

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

      Re:  Scottsdale Capital Advisors Corporation, et al.
          v. Financial Industry Regulatory Authority, Inc.
          No. 16-1124
          (Your No. 16-1497)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.  Justice Gorsuch took no part in the consideration or decision of this petition.

Sincerely,

*[signature: Scott S. Harris]*

**Scott S. Harris**, Clerk